**TECSEC, INC., Plaintiff–Appellant,**

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant–Appellee,**

and

Cisco Systems, Inc., SAS Institute, Inc., SAP America, Inc., SAP, AG, Sun Microsystems, Inc., Oracle Corporation, Sybase, Inc., Software AG, Software AG, Inc., Adobe Systems, Inc., Ebay, Inc., and Paypal, Inc., Defendants.

No. 2011–1303.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2012.

Gregory N. Stillman, Hunton & Williams LLP, of Norfolk, VA, argued for plaintiff-appellant. Of counsel on the brief were Michael A. O'Shea and Michael A. Oakes, of Washington, DC; and Andrew G. Dinovo and Adam G. Price, DiNovo Price Ellwanger & Hardy LLP, of Austin, TX.

John M. Desmarais, Desmarais, LLP, of New York, NY, argued for defendant-appellee. Of counsel on the brief were Jon T. Hohenthaner, Kirkland & Ellis, LLP, of New York, NY; and Elizabeth Bernard And William H. Burgess, of Washington, DC.

LINN, DYK, and PROST, Circuit Judges.

PER CURIAM.

## JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**